IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TROVER GROUP, INC., and<br>THE SECURITY CENTER, INC., | §<br>§<br>§ | |
| *Plaintiffs,* | §<br>§ | CIVIL ACTION NO. 2:13-cv-1047<br>(Lead Consolidated Case) |
| v. | §<br>§ | JURY DEMAND |
| Dedicated Micros USA | §<br>§<br>§ | |
| *Defendant.* | § | |

## JOINT MOTION TO STAY ALL DEADLINES SPECIFIC TO DEFENDANT i3 INTERNATIONAL, INC.

Plaintiffs Trover Group, Inc. and The Security Center, Inc. ("Plaintiffs") together with Defendant i3 International, Inc. ("i3") having reached agreement on the principal terms of a settlement of the claims asserted in the above captioned lawsuit, jointly move the Court as follows:

1. On February 27, 2015, Plaintiffs and i3 (collectively, the "Parties") file this Joint Motion seeking to stay all deadlines for a period of thirty (30) days, up to and including March 30, 2015 while the Parties work to finalize and execute the settlement agreement. In addition, i3 hereby withdraws from the Motion to Stay Pending *Inter Partes* Review By Defendants Hikvision USA, Axis Communications, Dedicated Micros, Inc., and i3 International (Dkt. No. 76).

2. Upon finalizing all aspects of settlement, the Parties intend to file a stipulation of dismissal requesting that the Court dismiss all claims between Plaintiffs and i3.

3. This limited extension of time is for good cause and so that justice may be served.

   4.  A Proposed Order granting the relief requested is filed herewith.

| | |
|---|---|
| */s/ Steven N. Williams* | /s/ *Willem G. Schuurman* |
| Steven N. Williams | *By Steven N. Williams with Consent* |
| swilliams@mcdolewilliams.com | Willem G. Schuurman |
| Texas State Bar No. 21577625 | Texas State Bar No. 17855200 |
| Kenneth P. Kula | bschuurman@intprop.com |
| kkula@mcdolewilliams.com | Ryan T. Beard |
| Texas State Bar No. 24004749 | Texas State Bar No. 24012264 |
| William Z. Duffy | rbeard@intprop.com |
| zduffy@mcdolewilliams.com | Dwayne K. Goetzel |
| Texas State Bar No. 4059697 | Texas State Bar No. 08059500 |
| **MCDOLE WILLIAMS** | dgoetzel@intprop.com |
| A PROFESSIONAL CORPORATION | MEYERTONS, HOOD, KIVLIN, |
| 1700 Pacific Avenue, Suite 2750 |  KOWERT & GOETZEL, P.C. |
| Dallas, Texas 75201 | 1120 South Capital of Texas Hwy |
| Telephone: (214) 979-1122 | Building 2, Suite 300 |
| Facsimile: (214) 979-1123 | Austin, Texas 78746 |
| *Attorneys for Plaintiffs Trover Group, Inc.* | (512) 853-8800 (telephone) |
| *and The Security Center, Inc.* | (512) 853-8801 (facsimile) |
| | *Attorneys for Defendant* |
| | *i3 International Inc.* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 27, 2015, the foregoing document is being filed electronically with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division using the electronic case filing system of the court pursuant to Local Rule CV-5(a)(3).

  The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who consent to accept the Notice as service by electronic means.

               */s/ Diane Page*
                Diane Page