**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TROVER GROUP, INC. and THE SECURITY CENTER, INC., | § § § | |
| *Plaintiffs*, | § § | |
| | § | Case No. 2:13-CV-1047-WCB |
| v. | § | LEAD CASE |
| | § | |
| DEDICATED MICROS USA, | § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines Specific to Defendant i3 International, Inc.  Dkt. No. 97.  The Motion is GRANTED.  All deadlines in the instant case are hereby stayed for thirty (30) days, up to and including March 30, 2015 with respect to i3 International, Inc. only.

IT IS SO ORDERED.

SIGNED this 2d day of March, 2015.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE

1