IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TROVER GROUP, INC. and THE SECURITY CENTER, INC., § § § Plaintiffs, § § v. § § DEDICATED MICROS USA, *et al.*, § § Defendants. § | Case No. 2:13-CV-1047-WCB LEAD CASE |

## MEMORANDUM OPINION AND ORDER

Before the Court are seven motions for leave to file motions for summary judgment in this case. Dkt. Nos. 111, 112, 113, 114, 115, 116, and 119. Each of the motions for leave to file motions for summary judgment is GRANTED.

IT IS SO ORDERED.

SIGNED this 3d day of April, 2015.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE

1